UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ALL ELITE WRESTLING,**
**LLC,** a Delaware limited liability
company, and **ANTONY KHAN** in
his capacity as the Chief Executive
Officer, General Manager, and Head of
Creative for All Elite Wrestling, LLC,

     Petitioners,

v.                               Case No. 3:25-cv-_____

**RYAN NEMETH,**

     Respondent.
_____/

## NOTICE OF PENDENCY OF RELATED ACTION

Pursuant to Local Rule 1.07(c), Petitioners, ALL ELITE WRESTLING, LLC ("AEW") and ANTONY KHAN, provide notice of the following related action, currently pending in the Superior Court of the State of California, County of Los Angeles: *Ryan Nemeth vs. All Elite Wrestling, Tony Khan, Phil Brooks, and Does 1 through 20, inclusive,* Case No.: 25STCV05002 ("Related Action").

The Related Action was filed by Respondent, alleging that Petitioners have: (1) breached Respondent's contract with AEW; (2) breached the implied covenant of good faith and fair dealing; and (3) intentionally interfered with Respondent's prospective advantage. The complaint in the Related Action is attached to the Petition to Compel Arbitration as Exhibit D.

I certify that the above-captioned case is related to a pending civil action filed in the Superior Court of the State of California, County of Los Angeles.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: March 14, 2025   By:   /s/ *B. Tyler Wh*ite
B. Tyler White
Florida Bar No. 0038213
tyler.white@jacksonlewis.com
James D. McGuire
Florida Bar No. 1032198
james.mcguire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
904-638-2655

*Counsel for Petitioners*

4921-7234-5128, v. 1