# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**ALL ELITE WRESTLING,**
**LLC, a Delaware limited liability**
**company, and ANTONY KHAN in**
**his capacity as the Chief Executive**
**Officer, General Manager, and Head of**
**Creative for All Elite Wrestling, LLC,**

      **Petitioners,**

**v.**                                              **Case No. 3:25-cv-282-WWB-LLL**

**RYAN NEMETH,**

      **Respondent.**
_____/

## PETITIONERS' NOTICE
## OF LEAD COUNSEL DESIGNATION

Petitioners, ALL ELITE WRESTLING, LLC, INC. and ANTONY KHAN, pursuant to

Middle District of Florida Local Rule 2.02(a), give notice that B. Tyler White, Esq. of the

law firm of Jackson Lewis P.C., is designated as lead counsel for Petitioners in this action.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: <u>March 19, 2025</u>     By:    /s*/ B. Tyler Wh*ite
                                       B. Tyler White
                                       Florida Bar No. 0038213
                                       tyler.white@jacksonlewis.com
                                       James D. McGuire
                                       Florida Bar No. 1032198
                                       james.mcguire@jacksonlewis.com
                                       501 Riverside Avenue, Suite 902
                                       Jacksonville, FL 32202
                                       904-638-2655
                                       *Counsel for Petitioners*

4935-4223-3131, v. 1