Civil Action No. 3:25-cv-00282-WWB-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RYAN NEMETH - RESPONDENT**
was received by me on *(date)* **March 22nd, 2025.**

☑ I personally served the summons on the individual at *(place)*
**25-02 Newtown Ave, Astoria, NY 11102** on *(date)* **March 22nd, 2025 @ 1655 hours** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/24/25**

Server's signature: *John P. Hopkins*

Printed name and title: **John P. Hopkins - Investigator**

[Notary stamp:]
*John H — 3/24/2025*
JOHN R HEYEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE5012085
Qualified in Nassau County
Commission Expires June 15, 2027

Server's address: **697 West Carl Ave, N. Baldwin NY 11510**

Additional information regarding attempted service, etc:

**M/W/40 - DOB 11/4/84**
**Green Tank Top, Green Cargo Sweatpants, Black + White Sneakers**