UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ALL ELITE WRESTLING,**
**LLC, a Delaware limited liability**
**company, and ANTONY KHAN,**

      **Petitioners,**

v.                                                                    Case No. 3:25-cv-282-WWB-LLL

**RYAN NEMETH,**

      **Respondent.**
_____/

**PETITIONERS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioners, All Elite Wrestling, LLC ("AEW"), and Antony Khan ("Khan") (AEW and Khan collectively referred to herein as the "Petitioners"), hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own fees and costs.

DATED: April 14, 2025

                                                        Respectfully submitted,

                                                        JACKSON LEWIS P.C.

                                                        By: */s/ B. Tyler White*
                                                        B. Tyler White, FBN: 0038213
                                                        Tyler.White@jacksonlewis.com
                                                        James D. McGuire, FBN: 1032198
                                                        James.McGuire@jacksonlewis.com
                                                        501 Riverside Avenue, Suite 902
                                                        Jacksonville, FL  32202
                                                        Tele: 904-638-2655
                                                        Fax:  904-638-2656

                                                        *Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of April, 2025, a true and correct copy of the foregoing was electronically filed with the Court by using the CM/ECF system, and was served via First Class Mail to the following:

>Ryan Nemeth
>5705 Jamieson Avenue
>Encino, CA 91318-1043

>*/s/ B. Tyler White*
>Attorney

4919-2445-1638, v. 1