**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ALL ELITE WRESTLING, LLC and
ANTONY KHAN,

        Petitioners,

v.                                                                   Case No.: 3:25-cv-282-WWB-LLL

RYAN NEMETH,

        Respondent.
_____

## ORDER

THIS CAUSE is before the Court on Petitioners' Notice of Voluntary Dismissal Without Prejudice (Doc. 13).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on April 15, 2025.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record